**Order entered June 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00762-CV

### IN RE GERARDO NAJERA, Relator

### Original Proceeding from the 292nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F93-42373-V

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DENY** as moot relator's motion to proceed in forma pauperis and to submit fewer copies although we have considered his petition without prepayment of costs and without the required number of copies. We **ORDER** relator to bear the costs of this original proceeding.

/s/     MICHAEL J. O'NEILL
        JUSTICE